IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

CASSANDRA L. ELLIS                                                        PLAINTIFF

VS.                                                    CIVIL ACTION NO. ___22-526___

CHRISTOPHER W. FRIX AND
CIRCLE C TRANSPORTATION, LLC                                             DEFENDANTS

### COMPLAINT WITH DISCOVERY ATTACHED
### JURY TRIAL REQUESTED

COMES NOW Cassandra L. Ellis, by and through counsel, and for cause of action against the defendant, Christopher W. Frix and Circle C Transportation, LLC, states and alleges the following:

1.

Cassandra L. Ellis is an adult resident citizen of Raymond, Hinds County, Mississippi.

2.

Christopher W. Frix is an adult resident citizen of Plainville, Gordon County, Georgia, and may be served with process at 777 Plainville Road SW, Plainville, Gordon County, Georgia 30733.

3.

Circle C Transportation, LLC is a Georgia Limited Liability Company organized and existing under the laws of the State of Georgia; and, may be served by and through service upon its registered agent for service, Anthony Collins 1592 Mallard Circle, Conley, Georgia, 30288.

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the laws of the State of Mississippi. Venue is proper in this Honorable Court as the acts complained of occurred in whole or in part in Hinds County, Mississippi.



EXHIBIT

A

5.

On or about May 5, 2022, Cassandra L. Ellis was operating a vehicle in an easterly direction on Interstate 20 in Hinds County, Mississippi. At such time, Cassandra L. Ellis was lawfully and prudently traveling in an easterly direction on Interstate 20 within her lane of travel.

6.

At the same time and place, a vehicle being operated by Christopher W. Frix was traveling in an easterly direction on Interstate 20 in Hinds County, Mississippi. At such time, the vehicle being operated by Christopher W. Frix left its lane of travel, crossed over the center line and entered the east bound lane of travel, in which Cassandra L. Ellis was operating her vehicle, and collided with the vehicle being operated by Cassandra L. Ellis.

7.

The collision and resulting damages to Cassandra L. Ellis were directly and proximately caused by the negligence of Christopher W. Frix in the following ways:

(a)    Failing to obey the traffic signs;

(b)    Failing to keep his vehicle under reasonable and proper control;

(c)    Failing to keep a reasonable and proper lookout as he operated his vehicle;

(d)    Failing to yield the right of way;

(e)    Failing to obey traffic signals;

(f)    Failing to abide by the Rules of the Road;

(g)    Operating his vehicle in a careless and negligent manner;

(h)    Failing to give adequate warnings of a collision;

(i)    Causing his vehicle to collide into the Plaintiff; and/or,

(j)    Other acts of omission and commission to be named in a trial of this matter.

8.

At all times relevant hereto, Christopher W. Frix was operating a vehicle owned and maintained by Circle C Transportation, LLC and was acting in the course and scope of his employment with Circle C Transportation, LLC. As such, Circle C Transportation, LLC is vicariously liable for any and all negligent acts of Christopher W. Frix under the theory of Respondeat Superior and/or vicarious liability as the employer of Christopher W. Frix or owner and maintainer of the vehicle Christopher W. Frix was operating at the time of the collision.

9.

Based on the foregoing, Plaintiff requests an award of damages for the following:

1.  past, present, and future pain and suffering and resulting emotional distress and mental anguish;

2.  past, present, and future loss of wages or wage earning capacity;

3.  past medical expenses;

4.  future medical expenses;

5.  Pre-judgment interest;

6.  Post-judgment interest; and,

7.  All costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Cassandra L. Ellis, demands judgment against Christopher W. Frix and Circle C Transportation, LLC in an amount in excess of the jurisdictional minimum of this court and to be determined by a jury to adequately compensate the plaintiff for her injuries; pre-judgement and post-judgement interest; her costs in pursuing this lawsuit; and any other relief to which she may be entitled under Mississippi Law.

RESPECTFULLY SUBMITTED, this the ___10th___ day of August, 2022.

CASSANDRA L. ELLIS

BY:_____

OF COUNSEL

WILLIAM A. GRAVES (MSB#105679)
4450 OLD CANTON ROAD, SUITE 200
JACKSON, MISSISSIPPI 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
WGRAVES@FORTHEPEOPLE.COM